**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:05CR507 |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| FIDEL MOSCOSA-GUADARRAMA, | ) | |
| | ) | |
| Defendant(s). | ) | ORDER |
| | ) | |

The defendant, represented by counsel and an interpreter, appeared before this Court for hearing on Supervised Release Violations.

The defendant was sentenced by this Court on May 15, 2006 to a term of 15 months custody and 3 years supervised release with conditions. The defendant was ordered to surrender to U.S. Immigration and Naturalization for deportation and, as a condition of supervised release, never re-enter the United States.

On February 2, 2007, the Defendant pled guilty to the charges of Illegal Re-Entry into the United States before the Western District of Texas (WDTX).  Sentencing was held on May 16, 2007. The Defendant was sentenced to the Bureau of Prisons for a term of 21 months followed by 3 years supervised release.  This Court requested transfer of jurisdiction to the Northern District of Ohio.

The Court finds the Defendant violated the illegal re-entry condition of supervised release and sentences the Defendant to:

- 9 months custody with the Bureau of Prisons;
- 6 months custody with the Bureau of Prisons to be served

concurrent to the sentence imposed in the WDTX;

- 3 months custody to run consecutive to the imposed sentence; and,

- 2 years additional supervised release.

The defendant is remanded to the custody of USMS.

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
United States District Judge

August 3, 2007